Barry L. Williams
PO Box 1483
Villa Rica, Georgia 30180

November 12, 2026

Mr. David J. Smith
Clerk of Court
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Re: Destiny Kennedy v. VGW, et al., No. 25-12637, — Notice of Supplemental Authority Pursuant to Fed. R. App. P. 28(j)

Dear Mr. Smith:

Pursuant to Federal Rule of Appellate Procedure 28(j) and Eleventh Circuit Rule 28-1, Appellant Destiny Kennedy submits the following two cases as supplemental authority for consideration.

*Wilson v. Playtika, Ltd.*, 349 F. Supp. 3d 1028 (W.D. Wash. 2018). This case supports the appellant's argument that the issue of jurisdiction raised in appellant's brief at pages 17 – 25. In *Wilson*, the court found that the defendant, Playtika, purposefully availed itself of the privilege of doing business in the forum state because it used its apps to sell coins to users located in the forum state, as part of a ongoing relationship. The court also found that Playtika used the scheme as a means of turning a profit.

*Thompson v. Handa-Lopez, Inc.*, 998 F. Supp. 738 (W.D. Tex. 1998): This case supports the appellant's argument that the issue of jurisdiction raised in appellant's

brief at pages 17 - 25. The *Thompson* court exercised jurisdiction over an out-of-state online casino operator because it "continuously interacted with casino players, entering into contracts with them as they played the various games."

Respectfully submitted,

/s/
Barry L. Williams
PO Box 1483
Villa Rica, Georgia 30180
Attorney for Appellant, Destiny Kennedy

Certificate of Service

I hereby certify that on this 12th day of November 2026, I electronically filed the foregoing letter with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/
Barry L. Williams
Attorney for Appellant